PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
JUSTIN L. LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America



FILED
Jun 15, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BILLY GLYN SIMS, JR.,<br><br>Defendant. | CASE NO. 2:23-cr-0151 DJC<br><br>18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms; 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm (2 counts); 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; 18 U.S.C. § 922(d)(1) – Unlawful Sale of Ammunition to Prohibited Person; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms]

The Grand Jury charges: T H A T

BILLY GLYN SIMS, JR.,

defendant herein, beginning on a date uncertain, but no later than on or about April 1, 2022, and continuing through on or about March 9, 2023, in the Counties of Yuba, Yolo and Sutter, State and Eastern District of California, and elsewhere, not being a licensed dealer of firearms, as described in Title 18, United States Code, Section 923, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

///

///

///

INDICTMENT

1

COUNT TWO: [18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm]

The Grand Jury further charges: T H A T

BILLY GLYN SIMS, JR.,

defendant herein, on or about April 1, 2022, in Sutter County, State and Eastern District of California, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

(1) Felony Infliction of Corporal Injury on Spouse/Cohabitant, in violation of California Penal Code § 273.5, on or about November 14, 2013, in Yolo County, California;

(2) Felony Burglary in violation of California Penal Code § 459, on or about March 13, 2018, in Colusa County, California;

(3) Felony Infliction of Corporal Injury on Spouse/Cohabitant, in violation of California Penal Code § 273.5, on or about February 22, 2022, in Sutter County, California;

did knowingly possess a firearm, specifically, a Mossburg 500AG shotgun, serial number J124583, in and affecting commerce, in that said firearm had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE: [18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm]

The Grand Jury further charges: T H A T

BILLY GLYN SIMS, JR.,

defendant herein, on or about April 11, 2022, in Yuba County, State and Eastern District of California, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

(1) Felony Infliction of Corporal Injury on Spouse/Cohabitant, in violation of California Penal Code § 273.5, on or about November 14, 2013, in Yolo County, California;

(2) Felony Burglary in violation of California Penal Code § 459, on or about March 13, 2018, in Colusa County, California;

(3) Felony Infliction of Corporal Injury on Spouse/Cohabitant, in violation of California Penal Code § 273.5, on or about February 22, 2022, in Sutter County, California;

INDICTMENT

did knowingly possess a firearm, specifically, a Ruger Single Six revolver, serial number 210819, in and affecting commerce, in that said firearm had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT FOUR: [18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition]

    The Grand Jury further charges: T H A T

                              BILLY GLYN SIMS, JR.,

defendant herein, on or about November 3, 2022, in Sutter County, State and Eastern District of California, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

    (1) Felony Infliction of Corporal Injury on Spouse/Cohabitant, in violation of California Penal Code § 273.5, on or about November 14, 2013, in Yolo County, California;

    (2) Felony Burglary in violation of California Penal Code § 459, on or about March 13, 2018, in Colusa County, California;

    (3) Felony Infliction of Corporal Injury on Spouse/Cohabitant, in violation of California Penal Code § 273.5, on or about February 22, 2022, in Sutter County, California;

did knowingly possess ammunition, specifically, a box of .45 caliber Blazer Ammunition, in and affecting commerce, in that said ammunition had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT FIVE: [18 U.S.C. § 922(d)(1) – Unlawful Sale of Ammunition to Prohibited Person]

    The Grand Jury further charges: T H A T

                              BILLY GLYN SIMS, JR.,

defendant herein, on or about November 3, 2022, in the County of Sutter, State and Eastern District of California, did sell ammunition to a person, knowing and having reasonable cause to believe that such person had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d)(1).

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

    1.    Upon conviction of one or more of the offenses alleged in Counts One through Five of this Indictment, defendant BILLY GLYN SIMS, JR., shall forfeit to the United States pursuant to Title

INDICTMENT

18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing or willful commission of the offenses.

    2.    If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Five of this Indictment, for which defendant is convicted:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), as incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

[signature]

PHILLIP A. TALBERT
United States Attorney

INDICTMENT

4

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

BILLY GLYN SIMS, JR.

**No Bail Warrant Pending Hearing**

I N D I C T M E N T

**VIOLATION(S):**   18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms;
18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm (two counts);
18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition;
18 U.S.C. § 922(d)(1) – Unlawful Sale of Ammunition to Prohibited Person;
18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* ____15th____ *day*

*of* ____June____, A.D. 20 _23_

/s/ L. Kennison
_____
*Clerk.*

**No Bail Warrant Pending Hearing**

*Bail, $*_____
Carolyn K. Delaney

GPO 863 525

## United States v. Billy Glyn Sims Jr.
### Penalties for Indictment

**Defendants**

Billy Glyn Sims Jr.

**COUNT 1:**

VIOLATION: 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms

PENALTIES: Imprisonment of up to 5 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 2:**

VIOLATION: 18 U.S.C. § 922(g)(1) - Felon in possession of firearm

PENALTIES: Imprisonment of up to 10 years
Fine of up to $250,000, or both fine and imprisonment
Term of Supervised Release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 3:**

VIOLATION: 18 U.S.C. § 922(g)(1) - Felon in possession of firearm

PENALTIES: Imprisonment of up to 10 years
Fine of up to $250,000, or both fine and imprisonment
Term of Supervised Release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 4:**

VIOLATION: 18 U.S.C. § 922(g)(1) - Felon in possession of ammunition

PENALTIES: Imprisonment of up to 15 years
Fine of up to $250,000, or both fine and imprisonment
Term of Supervised Release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 5:**

VIOLATION: 18 U.S.C. § 922(d)(1) – Unlawful Sale of Ammunition to Prohibited Person

PENALTIES: Imprisonment of up to 15 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**FORFEITURE ALLEGATION:**

VIOLATION: 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES: As stated in the charging document