PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Jun 15, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BILLY GLYN SIMS, JR.,

    Defendant.

CASE NO. 2:23-cr-0151 DJC

ORDER TO SEAL

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Dhruv M. Sharma to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: June 15, 2023

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE