PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
JUSTIN L. LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>BILLY GLYN SIMS, JR.,<br><br>                  Defendant. | CASE NO. 2:23-cr-00151-DJC<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: August 10, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 10, 2023.

2. By this stipulation, defendant now moves to continue the status conference until **September 14, 2023, at 09:00 a.m.**, and to exclude time between August 10, 2023, and September 14, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, a criminal history, images, audio and video recordings, and public records, including records related to defendant's prior convictions. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)    Counsel for defendant desires additional time to consult with her client, review the current charges, conduct the necessary investigation and research related to the charges, review and copy the discovery, discuss potential resolutions with her client, and otherwise prepare for trial.

        c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)    The government does not object to the continuance.

        e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 10, 2023 to September 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 3, 2023                              PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ DHRUV M. SHARMA
                                                DHRUV M. SHARMA
                                                Assistant United States Attorney

Dated:  August 3, 2023                     /s/ NOA OREN
                                           NOA OREN
                                           Counsel for Defendant
                                           BILLY GLYN SIMS, JR.

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  August 3, 2023                     /s/ Daniel J. Calabretta
                                           THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE