PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
JUSTIN L. LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>          v.<br><br>BILLY GLYN SIMS, JR.,<br><br>                         Defendant. | CASE NO. 2:23-CR-0151-DJC<br><br>STIPULATION TO MODIFY SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND ASSOCIATED DATES, AND TO CONTINUE SENTENCING HEARING; ORDER<br><br>CURRENT JUDGMENT AND SENTENCING: January 18, 2024<br>PROPOSED NEW JUDGMENT AND SENTENCING: February 22, 2024<br><br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On September 14, 2023, the Court issued a schedule regarding the disclosure of a pre-sentence report, the dates to file objections and a date for judgment and scheduling in this matter. *See* ECF No. 17.

2. Because of a backlog with the U.S. Probation Office and at the request of the Probation Officer, the parties have agreed to, and hereby request that the Court adopt, a modification of the schedule and a continuation of the date set for judgment and sentencing as follows:

| Judgment and sentencing date | 2/22/2024 |
|---|---|
| Reply or statement of non−opposition | 2/15/2024 |
| Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 2/8/2024 |
| The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than: | 2/1/2024 |
| Counsel's written objections to the Pre−Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 1/25/2024 |
| The Proposed Pre−Sentence Report shall be disclosed to counsel no later than: | 1/11/2024 |

IT IS SO STIPULATED.

Dated:  December 15, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ DHRUV M. SHARMA
DHRUV M. SHARMA
Assistant United States Attorney

Dated:  December 15, 2023

/s/ NOA OREN
NOA OREN
Counsel for Defendant
BILLY GLYN SIMS, JR.

**ORDER**

IT IS SO FOUND AND ORDERED this 15th day of December, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE