HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
BILLY SIMS JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>BILLY SIMS JR.,<br><br>  Defendant. | Case No.   2:23-CR-00151-DJC<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>DATE: February 22, 2024<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for February 22, 2024, at 9:00 a.m. be continued to **March 14, 2024, at 9:00 a.m.**

Defense counsel will be unavailable during one of the dates of the current schedule and an extended timeline is necessary to give counsel sufficient time to respond to the draft. It is therefore requested that the matter be continued to March 14, 2024 for sentencing and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Draft Presentence Report Due: | February 1, 2024 |
| Informal Objections to Presentence Report Due: | February 15, 2024 |
| Final Presentence Report Due: | February 22, 2024 |
| Formal Objections to Presentence Report Due: | February 29, 2024 |
| Reply or Statement of Non-Opposition Due: | March 7, 2024 |

| | | |
|---|---|---|
| 1 | Judgment and Sentencing: | March 14, 2024 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: January 8, 2024  /s/ Noa Oren
NOA OREN
Assistant Federal Defender
Attorneys for Defendant
BILLY SIMS JR.


PHILLIP A. TALBERT
Acting United States Attorney

DATED: January 8, 2024  /s/ Dhruv Sharma
DHRUV SHARMA
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set for February 22, 2024 is CONTINUED to **March 14, 2024, at 9:00 a.m.** The modified presentence schedule is further adopted as this Court's order.

Dated: January 10, 2024      /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE