PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
JUSTIN L. LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BILLY GLYN SIMS, JR.,<br><br>Defendant. | CASE NO. 2:23-CR-0151-DJC<br><br>FURTHER STIPULATION TO MODIFY SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND ASSOCIATED DATES, AND TO CONTINUE SENTENCING HEARING; ORDER<br><br>CURRENT JUDGMENT AND SENTENCING: March 14, 2024<br>PROPOSED NEW JUDGMENT AND SENTENCING: May 9, 2024<br><br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On September 14, 2023, the Court issued a schedule regarding the disclosure of a pre-sentence report, the dates to file objections and a date for judgment and scheduling in this matter. *See* ECF No. 17. Because of a backlog with the U.S. Probation Office, the parties have since stipulated to continue sentencing to March 14, 2023. *See* ECF Nos. 20, 22.

2. As this backlog continues, and at the request of the Probation Officer, the parties have agreed to, and hereby request that the Court adopt, a further modification of the schedule and a

continuation of the date set for judgment and sentencing as follows:

| | |
|---|---|
| Judgment and sentencing date | 5/9/2024, at 9:00 AM |
| Reply or statement of non-opposition | 5/2/2024 |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 4/25/2024 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | 4/18/2024 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 4/11/2024 |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | 3/28/2024 |

      IT IS SO STIPULATED.

Dated: February 28, 2024               PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ DHRUV M. SHARMA
                                                DHRUV M. SHARMA
                                                Assistant United States Attorney

Dated: February 28, 2024               /s/ NOA OREN
                                                NOA OREN
                                                Counsel for Defendant
                                                BILLY GLYN SIMS, JR.

## ORDER

IT IS SO FOUND AND ORDERED this 28th day of February, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE