HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, CSB #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:   (916) 498-5700
Facsimile:    (916) 498-5710

Attorneys for Defendant
BILLY GLYN SIMS, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>BILLY GLYN SIMS, JR.,<br><br>      Defendant. | Case No. 2:23-CR-0151 DJC<br><br>**ORDER TO SET BRIEFING SCHEDULE**<br><br>Judge: Hon. Daniel J. Calabretta |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Defendant's Supplemental Brief in support of his Motion for Reduction in Sentence, docket entry no. 31, or Notice of not filing such a brief, shall be filed by April 25, 2025. The government's Response shall be filed by May 26, 2025.  Defendant's Reply shall be filed by June 25, 2025.

Dated:  February 25, 2025         /s/ Daniel J. Calabretta
                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                     UNITED STATES DISTRICT JUDGE